# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR101 |
| vs. | ) | |
| CHARLES L. BURR, CANDACE M. BURR and ASHLEY A. BURR | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on Defendant Burr's Unopposed Motion to Continue Jury Trial [84]. Counsel seeks additional time to conduct discovery in this matter. For good cause shown,

**IT IS ORDERED** that Defendant Burr's Unopposed Motion to Continue Jury Trial [84] is granted, as follows:

1. The jury trial, as to all defendants, now set for October 29, 2019, is continued to **January 7, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: October 11, 2019.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**