IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR101 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES L. BURR and CANDACE M. BURR | |
| Defendants. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Jury Trial [87]. The parties seek additional time to conduct discovery. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Jury Trial [87] is granted as follows:

1. The jury trial, **as to both defendants**, now set for January 7, 2020, is continued to **March 10, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 10, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of December 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge