IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:19CR101** |
| v. | | |
| CHARLES L. BURR, | | **JUDGMENT** |
| Defendant. | | |

In accordance with the Order entered today (Filing No. 156), judgment is entered in favor of the United States of America and against Charles L. Burr.

Dated this 17th day of February 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge